83,264-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

To Court of Criminal Appeals clerk Abel Acosta

From: ANTWAIN TUTSON TDC # 1864462

Date: 6-17-15

Dear Court of Criminal Appeals clerk Abel Acosta

I recently recieved the courts decision to deny without written order in both of my writ of Habeas Corpus Tr. Ct. No. W-66889-01-E WR-83,264-01 and Tr. Ct. No. W-66888-01-E WR-83,264-02.

I did not recieve a copy of conclusion of law in which the state or the court findings made their finding of facts conserning fmy allegation.

I would greatly appreciate a copy of the courts conclusion of law in which the decision was made so that I may further pursue my case.

If you cannot provide me

with the information I would greatly appreciate information on how to obtain the requested information. Thank you for your time and patience.

Sincerely

Please respond to

Antwain Tutson 1864462
COFFiELD UNIT
26661 F.M. 2054
TENNESSEE COLONY, TX 75884